## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 190 MAL 2020

:

Respondent               :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.                    :

:

:

PAUL A. ARNAO,             :

:

Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.